**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY, | ) | |
|     Plaintiff | ) | |
| | ) | Civil Action No. 06-CV-00353 |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| LUMINAIRE LIGHTING CORPORATION | ) | |
|     Defendant | ) | |

---

**JOINT MOTION FOR ENTRY OF**
**CONSENT INJUNCTION AND DISMISSAL ORDER**

---

Kenall Manufacturing Company and Luminaire Lighting Corporation now jointly move, under Fed.R.Civ.P. 41(a)(1), for dismissal of the above-captioned action based upon the attached Consent Injunction and Dismissal and proposed order. Such Consent Injunction and Dismissal is based on a settlement agreement reached by the parties with respect to all claims in this case and is with prejudice.

Respectfully submitted,

| | |
|---|---|
| JANSSON SHUPE MUNGER & ANTARAMIAN LTD. | SIDLEY AUSTIN LLP |
| | |
| By    s/Peter N. Jansson | By    s/James D. Kole |
|    Peter N. Jansson |    James D. Kole |
| 207 East Westminster | One South Dearborn |
| Lake Forest, IL 60045 | Chicago, IL 60603 |
| (847) 283-0900 | (312) 853-6095 |
| (847) 283-0901 (fax) | (312) 853-7036 (fax) |
| | |
| For Kenall Manufacturing Company | For Luminaire Lighting Corporation |